IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

RECEIVED JUN 17 2005

Case No. 04-WM-1969-(MJW) 04 CV 01969 – WDM – MJW

FRONTRANGE SOLUTIONS U.S.A., INC.,

Plaintiff,

v.

NEWROAD SOFTWARE, INC., NATHAN GEORGE, MARTY KURZINSKI, DAVID PHELPS AND DOES 1 THROUGH 10, INCLUSIVE.

Defendants.

## [PROPOSED] ORDER EXTENDING STAY ON DISCOVERY AND MODIFYING SCHEDULING ORDER

Upon consideration of the stipulation submitted by the parties concerning the stay on discovery and the deadlines for expert discovery, and it appearing to the Court that sufficient cause exists for the issuance of such Order, it is

ORDERED as follows:

1. Discovery is stayed until July 1, 2005.

2. Plaintiff's Disclosure of Experts shall be completed by September 1, 2005.

2. Defendants' Disclosure of Experts shall be completed by October 17, 2005.

3. All other discovery deadlines shall remain as stated in the April 26, 2005, Minute Order.

This Order modifies the Court's May 25, 2005, and April 26, 2005, Minute Orders.

#1094418 v1

DATED this 20TH day _____June_____ 2005

BY THE COUR

_____
Michael J. Watanabe
United States Magistrate Judge