IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

04-CV-1969-WDM-MJW

FRONTRANGE SOLUTIONS U.S.A., INC.,

Plaintiff,

v.

NEWROAD SOFTWARE, INC., NATHAN GEORGE, MARTY KURZINSKI, DAVID PHELPS AND DOES 1 THROUGH 10, INCLUSIVE.

Defendants.

---

## [PROPOSED] ORDER MODIFYING SCHEDULING ORDER
( Docket No 57 )

Upon consideration of the stipulation submitted by the parties concerning the deadlines for discovery and the filing of dispositive motions, and it appearing to the Court that sufficient cause exists for the issuance of such Order, it is

ORDERED as follows:

1. Supplemental Interrogatories, Requests for Production, and Requests for Admission shall be filed by September 1, 2005.

2. Plaintiff's Disclosure of Experts shall be completed by September 30, 2005.

3. Defendants' Disclosure of Experts shall be completed by November 17, 2005.

4. The Parties' Rebuttal of Experts shall be filed by November 30, 2005.

5. All discovery shall be completed by December 23, 2005.

6. All dispositive motions shall be filed by January 16, 2006.

#1101527 v1

7.  All other deadlines shall remain as stated in the December 21, 2004, Minute Order.

This Order modifies the Court's December 21, 2004, April 26, 2005, and June 20, 2005, Minute Orders.

DATED this 22nd day of July, 2005.

BY THE COURT:

_____
Michael J. Watanabe
United States Magistrate Judge

2

#1101527 v1