IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

04-CV-01969-WDM-MJW

FRONTRANGE SOLUTIONS U.S.A., INC.,

Plaintiff,

v.

NEWROAD SOFTWARE, INC., NATHAN GEORGE, MARTY KURZINSKI, DAVID PHELPS AND DOES 1 THROUGH 10, INCLUSIVE.

Defendants.

---

ORDER MODIFYING SCHEDULING ORDER

(D.N. 62)

---

Upon consideration of the stipulation submitted by the parties concerning the deadlines for discovery and the filing of dispositive motions, and it appearing to the Court that sufficient cause exists for the issuance of such Order, it is

ORDERED as follows:

1. Supplemental Interrogatories, Requests for Production, and Requests for Admission shall be filed by September 30, 2005.

2. Plaintiff's Disclosure of Experts shall be completed by November 1, 2005.

3. Defendants' Disclosure of Experts shall be completed by December 15, 2005.

4. The Parties' Rebuttal of Experts shall be filed by January 15, 2006.

5. All discovery shall be completed by February 1, 2006.

6. All dispositive motions shall be filed by February 24, 2006.

7. All other deadlines shall remain as stated in the December 21, 2004, Minute Order.

1

It is FURTHER ORDERED that the Final Pretrial Conference set on February 13, 2006, at 8:30 a.m. is VACATED and RESET to **March 13, 2006, at 8:30 a.m.** Proposed pretrial Order Due 3-6-06.

This Order modifies the Court's December 21, 2004, April 26, 2005, and July 22, 2005, Minute Orders.

DATED this 1st day of September, 2005.

BY THE COURT:

_____
Michael J. Watanabe
United States Magistrate Judge

2