# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

04-CV-01969-WDM-MJW

FRONTRANGE SOLUTIONS U.S.A., INC.,

Plaintiff,

v.

NEWROAD SOFTWARE, INC., NATHAN GEORGE, MARTY KURZINSKI, DAVID PHELPS AND DOES 1 THROUGH 10, INCLUSIVE.

Defendants.

## ORDER MODIFYING SCHEDULING ORDER

Upon consideration of the joint motion submitted by the parties concerning the deadlines for discovery and the filing of dispositive motions, and it appearing to the Court that sufficient cause exists for the issuance of such Order, it is

ORDERED as follows:

1. Supplemental Interrogatories, Requests for Production, and Requests for Admission shall be filed by November 30, 2005.

2. Plaintiff's Disclosure of Experts shall be completed by December 30, 2005.

3. Defendants' Disclosure of Experts shall be completed by February 15, 2006.

4. The Parties' Rebuttal of Experts shall be filed by March 17, 2006.

5. All discovery shall be completed by March 31, 2006.

6. All dispositive motions shall be filed by April 24, 2006.

7. All other deadlines shall remain as stated in the December 21, 2004, Minute Order.

It is FURTHER ORDERED that the Final Pretrial Conference set on March 13, 2006, at 8:30 a.m. is VACATED and RESET to **May 12, 2006, at 8:30 a.m**.

This Order modifies the Court's September 1, 2005, Minute Order.

DATED this 23rd Day of September, 2005.

BY THE COURT:

s/Michael J. Watanabe

United States Magistrate Judge