IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

04-CV-01969-WDM-MJW

FRONTRANGE SOLUTIONS U.S.A., INC.,

Plaintiff,

v.

NEWROAD SOFTWARE, INC., NATHAN GEORGE, MARTY KURZINSKI, DAVID PHELPS AND DOES 1 THROUGH 10, INCLUSIVE.

Defendants.

---

## ORDER MODIFYING SCHEDULING ORDER
( Docket no. 72 )

Upon consideration of the joint motion submitted by the parties concerning the deadlines for discovery and the filing of dispositive motions, and it appearing to the Court that sufficient cause exists for the issuance of such Order, it is

ORDERED as follows:

1. Plaintiff's Disclosure of Experts shall be completed by February 27, 2006.

2. Defendants' Disclosure of Experts shall be completed by April 14, 2006.

3. The Parties' Rebuttal of Experts shall be filed by May 17, 2006.

4. All discovery shall be completed by May 31, 2006.

5. All dispositive motions shall be filed by June 23, 2006.

6. All other deadlines shall remain as stated in the December 21, 2004, Minute Order.

It is FURTHER ORDERED that the Final Pretrial Conference set on May 12, 2006, at

#1126198 v1

8:30 a.m. is VACATED and RESET to **July 12, 2006, at 8:30 a.m.**

This Order modifies the Court's September 1, 2005, Minute Order.

DATED this 2nd day of December, 2005.

BY THE COURT:

_____
Michael J. Watanabe
United States Magistrate Judge