IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

04-cv-01969-WDM-MJW

FRONTRANGE SOLUTIONS U.S.A., INC.,

Plaintiff,

v

NEWROAD SOFTWARE, INC., NATHAN GEORGE, MARTY KURZINSKI, DAVID PHELPS AND DOES 1 THROUGH 10, INCLUSIVE.

Defendants.

---

ORDER MODIFYING SCHEDULING ORDER
( Docket No 76 )

Upon consideration of the joint motion submitted by the parties concerning the deadlines for discovery and the filing of dispositive motions, and it appearing to the Court that sufficient cause exists for the issuance of such Order, it is

ORDERED as follows:

1   Defendants' Disclosure of Experts shall be completed by August 1, 2006.

2.   The Parties' Rebuttal of Experts shall be filed by September 1, 2006.

3   All discovery shall be completed by September 15, 2006.

4.   All dispositive motions shall be filed by October 15, 2006.

5   All other deadlines shall remain as stated in the December 21, 2004, Minute Order

It is FURTHER ORDERED that the Final Pretrial Conference set on July 12, 2006, at 8:30 a.m. is VACATED and RESET to December 15, 2006, at 8:30 a.m. The proposed pretrial order shall be filed by December 8, 2006

#1153620 v1

This Order modifies the Court's December 2, 2005, Minute Order (Docket No. 72).

DATED this 29TH day of March, 2006.

BY THE COURT:

_____
Michael J. Watanabe
United States Magistrate Judge