## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

04-cv-01969-WDM-MJW

FRONTRANGE SOLUTIONS U.S.A., INC.,

Plaintiff,

v.

NEWROAD SOFTWARE, INC., NATHAN GEORGE, MARTY KURZINSKI, DAVID PHELPS AND DOES 1 THROUGH 10, INCLUSIVE.

Defendants.

---

### ORDER MODIFYING SCHEDULING ORDER
(Docket No. 81)

Upon consideration of the joint motion submitted by the parties concerning the deadlines for discovery and the filing of dispositive motions, and it appearing to the Court that sufficient cause exists for the issuance of such Order, it is

ORDERED as follows:

1  Defendants' Disclosure of Experts shall be completed by September 1, 2006.

2.  The Parties' Disclosure of Rebuttal of Experts shall be completed by October 1, 2006.

3.  All discovery shall be completed by October 16, 2006.

4.  All dispositive motions shall be filed by ~~November 15, 2006~~. October 16 2006

5.  All other deadlines shall remain as stated in the December 21, 2004, Minute Order, and the March 30, 2006, Minute Order.

#1169136 v1

This Order modifies the Court's March 30, 2006, Minute Order (Docket No. 76).

DATED this 12 day of _____ June _____, 2006.

BY THE COURT:


_____
Michael J. Watanabe
United States Magistrate Judge

#1169136 v1