IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-01969-WDM-MJW

FRONTRANGE SOLUTIONS USA, INC.,

Plaintiff(s),

v.

NEWROAD SOFTWARE, INC., et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Stipulated Motion for Modification of Scheduling Order, DN 84, filed with the Court on September 26, 2006, is GRANTED. The Scheduling Order is amended as follows:

1. The Parties' Disclosure of Rebuttal of Experts shall be completed by November 15, 2006;

2. All discovery shall be completed by November 30, 2006;

3. All dispositive motions shall be filed by November 30, 2006; and,

4. All other deadlines shall remain as stated in the December 21, 2004, Minute Order (Docket No. 29), and the June 12, 2006, Minute Order (Docket No. 83).

It is FURTHER ORDERED that the Final Pretrial Conference set on December 15, 2006, at 8:30 a.m., is VACATED and RESET on March 27, 2007, at 9:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

It is FURTHER ORDERED that the parties shall submit their proposed Final Pretrial Order to Magistrate Judge Watanabe five (5) days prior to the Final Pretrial Conference consistent with the Local Rules of Practice for electronic case filing. In addition, a proposed Final Pretrial Order in WordPerfect format shall be submitted by e-mail to Watanabe_chambers@cod.uscourts.gov. as an attachment to the e-mail.

Date: September 29, 2006