IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-01969–WDM-MJW

FRONTRANGE SOLUTIONS USA INC.,

    Plaintiff,

v.

NEWROAD SOFTWARE, INC.,
NATHAN GEORGE,
MARTY KURZINSKI,
DAVID PHELPS AND
DOES 1 THROUGH 10,

    Defendant(s).

_____

**MINUTE ORDER**
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    The minute order (doc no 89) granting the joint motion for modification (doc no 87) is VACATED.

    The joint motion for modification (doc no 87) is GRANTED IN PART. The parties may have additional pages for their summary judgment briefs as follows:
        Opening brief: 35 pages
        Response brief: 35 pages
        Reply brief: 15 pages

    The portion of the motion seeking modification of the briefing is DENIED AS MOOT in light of the revised joint stipulated motion for modification of summary judgment briefing schedule (doc no 90).

    The revised joint stipulated motion for modification of summary judgment briefing schedule (doc no 90) is GRANTED. Discovery is extended to December 16, 2006 for the limited purpose of taking the deposition of Kelvin Yund. The deadline to file motions for summary judgment is December 19, 2006. The deadline to file response briefs is February 16, 2007. The deadline to file reply briefs is March 16, 2007.

Page 2
Civil Action No. 04-cv-01969–WDM-MJW

Dated: November 29, 2006

                                          s/ Walker D. Miller
                                          United States District Judge