IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

04-cv-01969-WDM-MJW

FRONTRANGE SOLUTIONS U.S.A., INC.,

Plaintiff,

v.

NEWROAD SOFTWARE, INC., NATHAN GEORGE, MARTY KURZINSKI, DAVID PHELPS AND DOES 1 THROUGH 10, INCLUSIVE.

Defendants.

---

### ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO PRECLUDE EXPERT TESTIMONY (Docket No. 205)

Upon consideration of the joint motion submitted by the parties concerning the modified briefing schedule, and it appearing to the Court that sufficient cause exists for the issuance of such Order, it is

ORDERED as follows:

1. The briefing schedule on Defendants' motion to exclude expert testimony under F.R.E. 702 shall be as follows:

> Plaintiff's Response Brief Due:    November 5, 2007
> Defendants' Reply Due:    December 3, 2007

DATED this 10th day of October, 2007.

BY THE COURT:

_____
Walker D. Miller
~~United States District Court Judge~~