IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-01969-WDM-MJW

FRONTRANGE SOLUTIONS USA INC.,

    Plaintiff,

v.

NEWROAD SOFTWARE, INC.,
NATHAN GEORGE,
MARTY KURZINSKI,
DAVID PHELPS AND
DOES 1 THROUGH 10,

    Defendant(s).
_____

**MINUTE ORDER**
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    Plaintiff's Motion for Leave to File Surreply Brief (Doc #221), filed December 7, 2007 is granted.

Dated: December 10, 2007

                                                   s/ Kathy Preuitt-Parks, Deputy Clerk