IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-01969-WDM-MJW

FRONTRANGE SOLUTIONS USA INC.,

    Plaintiff,

v.

NEWROAD SOFTWARE, INC.,
NATHAN GEORGE,
MARTY KURZINSKI,
DAVID PHELPS AND
DOES 1 THROUGH 10,

    Defendant(s).
_____

## MINUTE ORDER
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    Upon notification of settlement, all hearings are vacated. It is further ordered that all motions are denied as moot. Counsel shall file settlement documents on or before February 15, 2008.

Dated: January 18, 2008

                                                s/ Jane Trexler, Judicial Assistant