IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

04-cv-01969-WDM-MJW

FRONTRANGE SOLUTIONS U.S.A., INC.,

Plaintiff,

v.

NEWROAD SOFTWARE, INC., NATHAN GEORGE, MARTY KURZINSKI, DAVID PHELPS AND DOES 1 THROUGH 10, INCLUSIVE.

Defendants.

## ORDER RELEASING BOND TO PLAINTIFF (Docket no. 247)

THIS MATTER having come before the Court on the parties' Stipulated Motion for Dismissal to Release of Bond to Plaintiff, and the Court having considered the Stipulation and being fully advised in the premises, The motion (Docket no. 247) is granted and HEREBY ORDERS that the $10,000.00 security and any interest earned thereon shall be released to Plaintiff without further notice or appearance by the parties.

DONE AND ORDERED this 4TH day of February, 2008.

*[signature]*

~~United States District Court Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

#1308537 v1